**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Judianne C. Lambert <br>                 <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-15278 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer for WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12, and index same on the master mailing list.

Re: Loan # Ending In: 5019

                                                    Respectfully submitted,

                                                    **/s/Joshua I. Goldman, Esquire**
                                                    Joshua I. Goldman, Esquire
                                                    Thomas Puleo, Esquire
                                                    KML Law Group, P.C.
                                                    701 Market Street, Suite 5000
                                                    Philadelphia, PA 19106-1532
                                                    (215) 825-6306  FAX (215) 825-6406