# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15278-MDC

JUDIANNE C. LAMBERT

128 South Duke Street

Millersville, PA 17551

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JUDIANNE C. LAMBERT

    128 South Duke Street

    Millersville, PA 17551

Counsel for debtor(s), by electronic notice only.

    THOMAS WILLIAM FLECKENSTEIN
    1338 MALLEABLE RD

    COLUMBIA, PA 17512

Date: 10/18/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee